1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  REBECCA A. FALK (CSBN 226798)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7022
7      FAX: (415) 436-6748
       rebecca.falk@usdoj.gov
8
   Attorneys for Federal Defendants
9
   Jason Cabot (State Bar No. 288877)
10 388 Beale Street, Apt. 1407
   San Francisco, CA  94105
11 Telephone:  (213) 270-4815
   frcabot@gmail.com
12
   Plaintiff *Pro Se*
13

14                         UNITED STATES DISTRICT COURT

15                        NORTHERN DISTRICT OF CALIFORNIA

16                              SAN FRANCISCO DIVISION

17
   JASON CABOT,                          )   CASE NO. 14-02211DMR
18                                       )
           Plaintiff,                    )   **MODIFIED STIPULATION OF DISMISSAL**
19                                       )   **WITH PREJUDICE AND [PROPOSED] ORDER**
       v.                                )
20                                       )
   UNITED STATES OF AMERICA, et al,      )
21                                       )
           Defendant.                    )
22 _____)

23

24

25

26

27

28

**MODIFIED** STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
14-02211 DMR

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff JASON CABOT and Defendants UNITED STATES OF AMERICA and DEFENSE FINANCE ACCOUNTING SERVICE hereby stipulate to dismiss with prejudice the above-captioned action.  Each party to bear its own costs and attorney's fees.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: August 27, 2014 | By:   /s/ Jason Cabot<br>JASON CABOT<br>Plaintiff, Pro Se |
| DATED: August 27, 2014 | MELINDA HAAG<br>United States Attorney<br><br>By:   /s/ Rebecca A. Falk<br>REBECCA A. FALK[1]<br>Assistant United States Attorney<br>Attorneys for Federal Defendants |

The Stipulation of Dismissal with Prejudice is granted and this entire action is **dismissed with prejudice**.

The parties have also filed a stipulated settlement agreement, along with a proposed order for that settlement agreement. [Docket No. 16.]  It appears that the settlement agreement needs no court order to be effective.  The court therefore declines to sign the agreement.

**IT IS SO ORDERED.**

DATED:  September 2, 2014

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

---

[1] I, Rebecca A. Falk, hereby attest, in accordance with the Civil L.R. 5(i)(3), the concurrence in the filing of this document has been obtained from the other signatory listed here.

**MODIFIED** STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER
14-02211 DMR